Order entered December 29, 2015

 [pic]

 In The
 Court of Appeals
 Fifth District of Texas at Dallas

 No. 05-15-01185-CV

 In the Interest of KA.D. and KE.D., children

 On Appeal from the 304th Judicial District Court
 Dallas County, Texas
 Trial Court Cause No. JD-14-783-W

 ORDER

 Based on the Court’s opinion of this date, we GRANT the October 27,
2015 motion of April E. Smith for leave to withdraw as Mother’s appointed
counsel on appeal. We DIRECT the Clerk of the Court to remove April E.
Smith as counsel of record for Mother. We DIRECT the Clerk of the Court to
send a copy of this order and all future correspondence to Candace Imair,
5955 Mountain Valley Lane #101-11, Dallas, TX 75211.

 /s/ ELIZABETH LANG-MIERS
 JUSTICE